

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2015

No. 04-15-00640-CR

Eduardo **REYES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0808
Honorable Sid L. Harle, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 20, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Nicolas A. LaHood                    Robert F. Gebbia
        District Attorney, Bexar County       107 Woodward Place
        101 W. Nueva, Suite 370               San Antonio, TX 78204
        San Antonio, TX 78205